# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER GIBBS,** | Case No.: 5:24-cv-00605 KK (SPx) |
| Plaintiff, | **ORDER** |
| v. | **HON. KENLY KIYA KATO** |
| **JPMORGAN CHASE BANK, N.A.** | |
| Defendant. | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant JPMORGAN CHASE BANK, N.A. to be, and is, dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __February 4, 2025__   _____

**HON. KENLY KIYA KATO**
UNITED STATES DISTRICT COURT JUDGE